## Commonwealth *v.* Jackson, Appellant.

Argued December 5, 1973.

*Nolan N. Atkinson, Jr.,* with him *Zack, Myers and Atkinson,* for appellant; *James J. Wilson,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Jackson, Appellant.

Argued December 5, 1973. *Julius E. Fioravanti,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Jenkins, Appellant.

Submitted December 7,